BERT P. WHITE, Respondent, *v.* ROCHESTER COMPOSITE BRICK COMPANY, Appellant.

*White* v. *Rochester Composite Brick Co.*, 148 App. Div. 901, affirmed.

(Argued December 9, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*P. Chamberlain* for appellant.

*Charles Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.